UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE MURPHY,<br>　　　Petitioner<br>　　　v.<br>UNKNOWN,<br>　　　Respondent. | Case No. CV 19-1836-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Summarily Dismissing Petition Without Prejudice; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: March 14, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE